No. 100. PARK RAPIDS LUMBER COMPANY, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Circuit Court of the United States for the District of Minnesota. Argued December 18, 1912. Decided January 6, 1913 *: Per Curiam :* Judgment affirmed on the authority

of *United States* v. *Rickert*, 188 U. S. 432, 436; act of Congress of April 21, 1904, c. 1402, 33 Stat. 189, 209; *Heckman* v. *United States*, 224 U. S. 413, 437, and cause remanded to the District Court of the United States for the District of Minnesota. *Mr. Ransom J. Powell* and *Mr. George T. Simpson* for the plaintiff in error. *The Attorney General* and *Mr. Assistant Attorney General Knaebel* for the defendant in error.